COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER FOR SUPPLEMENTAL REPORTER'S RECORD

Appellate case name:      Stephanie Montagne Zoanni v. Lemuel David Hogan

Appellate case number:    01-16-00584-CV

Trial court case number:  2010-34811-B

Trial court:               246th District Court of Harris County

On November 29, 2016, the official court reporter filed the reporter's record in this appeal. The trial transcript indicates Stephanie Montagne Zoanni, Russell Ackley, and Don Wiehe testified by deposition. Their deposition testimony was not transcribed, and a recording of their deposition testimony has not been filed as part of the reporter's record with the Clerk of this Court.

Rule 34.6(d) of the Texas Rules of Appellate Procedure states:

Supplementation. If anything relevant is omitted from the reporter's record, the trial court, the appellate court, or any party may by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. Any supplemental reporter's record is part of the appellate record.

TEX. R. APP. P. 34.6(d). Accordingly, the official court reporter is ORDERD to prepare, certify, and file with the Clerk of this Court a supplemental reporter's record containing electronic copies of the deposition testimony played during trial from: (1) Stephanie Montagne Zoanni, (2) Russell Ackley, and (3) Don Wiehe.

The supplemental reporter's record is due on or before **February 7, 2023**.

It is so ORDERED.

Judge's signature: _____/s/ Veronica Rivas-Molloy_____
                ☑ Acting individually


Date: January 24, 2023.